**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JAN 27 2026

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MARIA K. WILLIAMS JAMES,

       Plaintiff - Appellant,

and

NATHAN EARL AIWOHI, TOBY
ALAMOANA KEOHOKAPU, DARLENE
K. EBOS, as successive Personal
Representative of the Estate of Barbara
Anita Baliguat, SUSAN DeSHAW,
THOMAS JOHNSON, LAZARA A.
RODRIGUEZ, JULIE NICOLAS,
individually, and on behalf of others
similarly situated,

       Plaintiffs,

  v.

BANK OF AMERICA, N.A.; THE BANK
OF NEW YORK MELLON,

       Defendants - Appellees.

No. 24-3870

D.C. No. 1:22-cv-00312-JAO-RT

MEMORANDUM*

Appeal from the United States District Court
for the District of Hawaii
Jill A. Otake, District Judge, Presiding

---

    *    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

Submitted January 22, 2026[**]

Before: WARDLAW, CLIFTON, and R. NELSON, Circuit Judges.

Maria K. Williams James appeals pro se from the district court's judgment dismissing a putative class action alleging violations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 *et seq.* by Bank of America, N.A., and The Bank of New York Mellon. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

Because Williams James does not challenge the district court's grounds for dismissal of her action in her opening brief, we do not consider that decision. *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) (explaining that "we will not consider any claims that were not actually argued in appellant's opening brief"); *Acosta-Huerta v. Estelle*, 7 F.3d 139, 144 (9th Cir. 1993) (explaining that issues not supported by argument in pro se appellant's opening brief are deemed abandoned).

**AFFIRMED.**

---

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).